SEALED

1  McGREGOR W. SCOTT
   United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

MAR 0 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
                    DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | In the matter of the Search of 877
   Embaracadero Drive, Ste 1, El Dorado Hills,
   California.

CASE NO.  2:17-SW-947-EFB

[PROPOSED] ORDER

12

**UNDER SEAL**

13

14 | In the matter of the Search of 895
   Embaracadero Drive, Ste 104, El Dorado Hills,
   California.

CASE NO.  2:17-SW-948-EFB

15

16 | In the matter of the Search of 5110 Steves Way,
   El Dorado Hills, California.

CASE NO.  2:17-SW-950-EFB

17

18 | In the matter of the Search of 2489 Highland
   Hills Drive, El Dorado Hills, California.

CASE NO.  2:17-SW-952-EFB

19

20

21

22         The United States has requested additional time to complete the review of digital devices seized

23 pursuant to the above captioned warrants.  For the reasons stated in the government's motion, the Court

   GRANTS the government's motion and ORDERS that the time for the required review be extended
24
   until May 8, 2017.
25
           Should the United States seek further extension of the time within which it must complete the
26
   required review, it shall make further application to this Court.
27
   //
28


[PROPOSED] ORDER                              1

1    The motion of the United States and this Order shall remain under seal pending further Order of

2  the Court.

3    IT IS SO ORDERED.

4

5  Dated: 3-9-18

6                                               Hon. Deborah L. Barnes
                                                U.S. MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER                                    2